# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEBORAH L. HATTON,

        Plaintiff,

v.

NANCY A BERRYHILL,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.

Case No. 16-14463
Hon. Terrence G. Berg
Hon. Stephanie Dawkins Davis

## **ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 21)**

This matter is before the Court on Magistrate Judge Stephanie Davis Dawkins February 14, 2018 Report and Recommendation (Dkt. 21), recommending that Plaintiff's Motion for Summary Judgment (Dkt. 17) be DENIED, and Defendant's Cross Motion for Summary Judgment (Dkt. 19) be GRANTED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation.

1

28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of December 20, 2017 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Davis' Report and Recommendation of February 14, 2018 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** and the findings of the Commissioner **AFFIRMED.**

**SO ORDERED.**

Dated: March 12, 2018   s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

 I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on March 12, 2018.

s/A. Chubb<br>Case Manager